IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

MAR - 1 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

ANTHONY GAY,  )   Civil rights complaint
Plaintiff,    )   pursuant to 42 U.S.C. 1983
              )   (State prisoner)
vs.           )
              )   No.  05-150-MJR
DR. CHANDRA,  )
Defendant.    )

## I. JURISDICTION

A. Plaintiff's mailing address, register number and present place of confinement
   Anthony Gay, #B62251
   P.O. Box 400
   Tamms, Illinois  62988

B. Defendant, <u>Dr. Chandra</u> is employed as the psychiatrist at Tamms Correctional Center, P.O. Box 400, Tamms Illinois  62988.
   At the time the claims alleged in this complaint the defendant was employed by the Illinois Department of Corrections

## II. PREVIOUS LAWSUIT

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No ( )
B. If your answer to "A" is "yes," describe the lawsuits
   1. Parties to previous lawsuit
      (Plaintiff) Anthony Gay
      (Defendant) Correctional Officer Potts
   2. Court- Southern District of Illinois
   3. Docket Number 3-99-CV-00367/ Judge Frazier
   4. Basic claim made:  Misuse of force
   5. Voluntarily dismissed
   6. Approximate date of filing lawsuit:  1999
   7. Approximate date of disposition:  Unknown

   1. Parties to previous lawsuit
      (Plaintiff) Anthony Gay
      (Defendant)  Marvin Powers Et Al
   2. Court – Southern District of Illinois
   3. Docket Number 98-772-per
   4. Basic claim made: cruel and unusual punishment
   5. Dismissed
   6. Approximate date of filing lawsuit: October 1998
   7. Approximate date of disposition: 2001

1. Parties to previous lawsuit
   (Plaintiff) Anthony Gay
   (Defendant) Lt. Montgomery Et Al
2. Court – Southern District of Illinois
3. Docket Number 96-366-Gpm
4. Basic claim made: violation of due process
5. Dismissed
6. Approximate date of filing: June 1999
7. Approximate date of disposition: Unknown

1. Parties to previous lawsuit
   (Plaintiff) Anthony Gay
   (Defendant) Page Et Al
2. Court – Southern District of Illinois
3. Docket Number 99-365-DRH
4. Basic claim made: cruel and unusual punishment
5. Voluntarily dismissed
6. Approximate date of filing: May 1999
7. Approximate date of disposition: Unknown

1. Parties to previous lawsuit
   (Plaintiff) Anthony Gay
   (Defendant) Correctional Officer Spaulding
2. Court- Central District of Illinois
3. Docket Number 1:01 cv-01070
4. Basic claim made: Excessive force
5. Voluntarily dismissed
6. Approximate date of filing: 2001
7. Approximate date of disposition: April 2001

1. Parties to previous lawsuit
   (Plaintiff) Anthony Gay
   (Defendant) c/o Warren Salzman
2. Court – Central District of Illinois
3. Docket Number 1:01-CV-1209
4. Basic claim made: Excessive force
5. Two trials
6. Approximate date of filing: 2001
7. Approximate date of disposition: 2003

1. Parties to previous lawsuit
   (Plaintiff) Anthony Gay
   (Defendant) Lt. Hobart Et Al
2. Court – Central District of Illinois
3. Docket Number 1:01-CV-1210

    4. Basic claim made: Misuse of force
    5. Pending
    6. Approximate date of filing: 2001
    7. Approximate date of disposition: Pending

    1. Parties to previous lawsuit
        (Plaintiff) Anthony Gay
        (Defendant) c/o Zielke
    2. Court – Northern District of Illinois
    3. Docket Number 01-50448
    4. Basic claim made: Misuse of force
    5. Settlement
    6. Approximate date of filing: 2001
    7. Approximate date of disposition: 2003

    1. Parties to previous lawsuit
        (Plaintiff) Anthony Gay
        (Defendant) c/o Luiegand
    2. Court – Northern District of Illinois
    3. Docket Number 04-S0418
    4. Basic claim made: Excessive force
    5. Pending
    6. Approximate date of filing: November 2004
    7. Approximate date of disposition: pending

### III. GRIEVANCE PROCEDURE

A. Is there a grievance procedure in the institution? YES
B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES
C. 1. What steps did you take? I exhausted my administrative remedies.
    2. What was the result? Denied.

### IV. STATEMENT OF CLAIM

This is a civil rights action filed by Anthony Gay a state prisoner, for damages and injunctive relief un 42 U.S.C. 1983 Alleging Cruel and Unusual Punishment and deliberate indifference to a serious mental need in violation of the Eighth Amendment to the United States Constitution "under imminent danger).

"Jurisdiction"
    1. The court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. 1983 and 28 U.S.C. 191S(g).

"Parties"

2. The plaintiff Anthony Gay was incarcerated at Tamms Correctional Center during the evens described in this complaint.
3. The defendant Dr. Chandra is a psychiatrist employed at Tamms Correctional Center he is sued in his individual and official capacity.

"Facts"

4. On 3-14-04 the Defendant Dr. Chandra had me strapped to a metal bed frame, butt naked in a cold cell (B-6-2#) for eleven hours and thirty-five minutes and refused to let me eat at mealtime.
5. On 4-14-04 I had a paper clip stuck between my teeth and the defendant Dr. Chandra Knew I had it stuck between my teeth. However, even though he knew I had it stuck between my teeth he had me strapped to a metal bed frame, butt naked in a cold cell (B-6-2#) I choked on the paper clip and had to be rushed to the outside hospital after returning I was strapped back down in the same condition for a total of twelve hours and fifteen minutes.
6. On 4-14-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in cold cell (B-6-2#) for twelve hours and twenty-five minutes and refused to let me eat at mealtime.
7. On 4-17-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in a cold cell (B-6-2#) for thirty-two hours and refused to let me eat at meal times.
8. On 5-8-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in a cold cell (B-6-2#) for eleven hours and thirty minutes.
9. On 6-30-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in a cold cell (B-6-2#) for eight hours and refused to let me eat at mealtime.
10. On 7-2-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in a cold cell (B-6-2#) for four hours and refused to let me eat at mealtime.
11. On 7-11-04 the defendant Dr. Chandra had me strapped to a metal bed frame butt naked in a cold cell (B-6-2#) for eight hours and fifteen minutes and refused to let me eat at mealtime.
12. On 1-29-04 is the date I transferred to tams Correctional Center
13. On 2-8-04 I mutilated my inner thigh.
14. Every since 2-8-04, I have continued to mutilate my arm, leg, and penis and have done this at least thirty five times.
15. In May 2004, I severely mutilated my penis, Hence, I had to be taken by ambulance on May 11, 2004 to heartland regional hospital in Marion where I was kept for a week and treated with I.V. medication.
16. I've complained to Dr. Chandra I want to stop mutilating myself, but when I go three weeks to a month without cutting myself, I suffer severe anxiety attacks.
17. The plaintiff has asked the defendant Dr. Chandra to provide plaintiff medication for his anxiety.

18. The defendant Dr. Chandra refuses to provide plaintiff medication for his anxiety.
19. Since the defendant Dr. Chandra refuses to provide plaintiff medication for his anxiety the plaintiff is at extreme risk to commit suicide.

## V.     CLAIMS FOR RELIEF

20. The action of defendant Dr. Chandra strapping plaintiff to a metal bed from with no mattress, butt naked in a cold cell and refusing to allow plaintiff to eat on numerous occasions was done maliciously and sadistically and constituted cruel and unusual punishment.
21. The actions of defendant Dr. Chandra refusing to provide plaintiff medication for his anxiety constitute deliberate indifference.

### Relief Requested

22. Wherefore plaintiff requests that the court grant the following relief (A) Issue a declaratory judgment stating the abuse of plaintiff by the defendant violated the plaintiff's rights under the constitution. (B) The refusal to provide the plaintiff with medication for his anxiety violates the plaintiff's rights under the constitution and subjects the plaintiff to imminent danger. (C) Issue are injunctive relief ordering the defendant to provide plaintiff medication for his anxiety. (D) Award plaintiff compensatory and punitive damages.

## VI     JURY DEMAND

The plaintiff does request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I.     The under signed, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(A) and 11 (B) of the federal rule of civil procedure. The undersigned also recognizes that failure to comply with Rule 11 (A) and 11 (B) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil procedure 11 (C).

The plaintiff hereby requests the court all appropriate service and/or notices to the defendant.

Signed this 23rd day of February, 2005.

_____
Signature of Plaintiff