# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, Inmate #B62251, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-150-MJR |
| | ) |
| DR. CHANDRA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**REAGAN, District Judge:**

Plaintiff, a prisoner in the Tamms Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on March 9, 2005 (Doc. 5), and has paid his initial partial filing fee.

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

It has now come to the Court's attention that Plaintiff has had three or more prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Gay v. Powers*, Case No. 98-772-GPM (S.D. Illinois, filed October 26, 1998) (dismissed September 27, 2001, as frivolous and for failing to state a claim); *Gay v. Page,* Case No. 99-365-MJR (S.D. Illinois, filed May 26, 1999) (dismissed January 25, 2002, for

failing to state a claim); *Gay v. Montgomery*, Case No. 99-366-GPM (S.D. Illinois, filed May 26, 1999) (dismissed January 10, 2000, as frivolous); *Gay v. Welbourne*, Case No. 00-029-GPM (S.D. Illinois, filed January 5, 2000) (dismissed November 17, 2000, as frivolous).

In accordance with 28 U.S.C. § 1915(g) Plaintiff must now pay the outstanding balance due of the filing fee of $250.00, or show how he is in imminent danger of serious physical injury. Court records indicate that Plaintiff has paid $47.00. Accordingly, he still owes $203.00.

**IT IS THEREFORE ORDERED** that Plaintiff shall pay the full balance due in this action, **$203.00,** within **FIFTEEN (15) DAYS** of the entry of this Order, or show cause why he should be allowed to continue to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 28th day of February, 2006.**

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**