IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY GAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-150-MJR |
| ) | |
| DR. CHANDRA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction filed by the plaintiff on May 30, 2006 (Doc. 16). The motion is **TAKEN UNDER ADVISEMENT**. In this motion, the plaintiff states that his dosage of Doxepin, an anti-depressant was increased from 100 mg to 250 mg without notice or consent. He asserts that the increase in dosage is causing significant side-effects including trouble breathing, sleepiness, and a racing heart. He asserts that he is given the option of taking the increased dosage or not taking any medication at all for his depression. He further asserts that his attempts to have the dosage reduced have been ignored. Finally, he asserts that he has stopped taking the high-dosage medication because of the extreme side-effects and that this has caused him to be hostile, angry, depressed, and suicidal. For relief, the plaintiff seeks "proper medical care." The Court assumes that the plaintiff is specifically seeking a second-opinion and a re-assessment of his medication.

The defendant, who is the plaintiff's treating doctor, has entered an appearance but has not filed an answer. The defendant is **ORDERED** to respond to the motion for injunctive relief by **June 28, 2006**. In responding, the defendant shall indicate, if known, whether the Tamms Correctional Center is capable of offering the plaintiff a second-opinion of his condition and the

medications prescribed and whether the plaintiff can be treated by a doctor other than the defendant.

**DATED: June 21, 2006**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
